Hall, Roderick S. (1994) The perception of emotion in alexithymic chronic pain patients. Unpublished doctoral dissertation, George Washington University, Washington, DC.

Hall, Roderick S. (2001) Coping with Disaster, San Diego Psychological Association Newsletter, September 2001, page 1.

*4. Compensation to be Paid for the Study and Testimony*

I am working *pro bono*. However, if I am deposed, I would like to be paid $240 per hour, in advance.

*5. Listing of any other Cases in which the Witness has Testified as an Expert at Trial or by Deposition within the Preceding Four Years*

2004 –*WWASPS v. Pure et al*. Case No. 2:02CV 0010ST.  I was deposed but did not testify.

                            Respectfully submitted,

                            ___//SIGNED//_____

                            RODERICK S. HALL, PhD.

PRESENTATIONS

Hall, R. (April 1996) The Psychological Assessment of Risk for Violent Behavior.  Presented to the mental health staff of Alexandria Mental Health Center, Alexandria, Virginia.

Hall, R. (November 1996).  The Clinical Assessment of Malingering.  Presented to the mental health staff of The Alexandria Detention Center, Alexandria, Virginia

Hall, Roderick S, Ph.D.  (May 2001)  The Disaster Mental Health Response to the Santana High School Shootings.  A presentation to the Disaster Mental Health Committee of the California Psychological Association,  Los Angeles, CA

Campbell, J.,  Hall, R., Lipson, G., Saddick, S.,  Wegman, T.,  & Yedid, J.  (December 2002).  Separating Trauma from Drama ,  Presented by the San Diego Psychological Association Forensic Committee, San Diego, CA

PUBLICATIONS

Hall, Roderick S.  (1989)   <u>An information processing test of the construct alexithymia.</u>  Unpublished masters research project, George Washington University, Washington, DC.

- 13 -

Completed two-year course in psychoanalytic approaches to child psychotherapy.

San Diego Psychoanalytic Society and Institute , 5628 La Jolla Blvd.  La Jolla, CA 92037

Candidate in Adult and Child Psychoanalytic Training  September 2000 to present.

PROFESSIONAL ASSOCIATIONS

American Psychological Association

American Psychoanalytic Association

San Diego Psychoanalytic Society and Institute

LICENSES and other QUALIFICATIONS

Licensed Psychologist, California, PSY 15283, Exp. 10/2006.

HONORS

1988-89 District of Columbia Pre-Doctoral Research Award

Psi Chi

Phi Theta Kappa

- 12 -

B.A.   - May 1986          Psychology                University of Maryland

                           (GPA 3.96)                College Park, Maryland

ADDITIONAL TRAINING

Institute for Law Psychiatry and Public Policy, University of Virginia Law School, University of Virginia, Charlottesville, VA

Numerous seminars on forensic evaluations from October of 1995 to November 1996. Topics covered included:

- Evaluation of Mental Status at Time of the Offense
- Competency to Stand Trial
- Issues Related to Juvenile Competence
- Risk Assessment and Prediction of Violence
- Juvenile Transfer to Adult Court
- Evaluation and Treatment of Sex Offenders
- Capital Sentencing Evaluation

Baltimore-Washington Institute for Psychoanalysis, Extension Division, 14900 Sweitzer Lane, Suite 102, Laurel, MD 20707.  September 1994 to June 1996.

CLINICAL PSYCHOLOGY EXTERN: Washington Pain and Rehabilitation Center, 2100 M Street, N.W. Suite 311, Washington, D.C. 20037. April 1987 to April 1986.

One year training externship in psychological assessment, biofeedback, relaxation training, group therapy and individual psychotherapy with adults who had chronic medical problems.

PSYCHOLOGICAL TESTING EXTERN: Forensic Psychiatry Bureau, District of Columbia Commission on Mental Heath Services, 605 G Street, N.W., Washington, D.C. 20001. October 1986 to May 1987.

First year clinical psychology placement for psychological evaluation of adults.

TEACHING ASSISTANT AND UNIVERSITY FELLOW: George Washington University, Department of Psychology. September 1986 to May 1987.

EDUCATION

| | | |
|---|---|---|
| Ph.D. - January 1994 | Clinical Psychology (GPA 3.86) | George Washington University Washington, D.C. |
| M.Phil. - January 1990 | Clinical Psychology | George Washington University, |

CLINICAL PSYCHOLOGY INTERN: District of Columbia Government, Commission On Mental Health, Child and Youth Services, Northwest Family Center, 1536 U Street, N.W., 3rd Floor, Washington, D.C. 20009, September 1990 to September 1991.

American Psychological Association accredited clinical psychology internship. I received professional training in child and youth assessment and therapy. Minor rotations at Adolescent Inpatient Unit, Saint Elizabeths Psychiatric Hospital and Youth Forensic Psychiatry Bureau.

CHILD PSYCHOTHERAPY EXTERN: The Rose School, 4820 Howard Street, N.W., Washington, D.C. 20016 August 1988 to July 1990.

- Two year externship in psychoanalytically oriented play therapy with emotionally disturbed children from ages 6 to 12 years.

LECTURER IN PSYCHOLOGY: George Washington University, Psychology Department, 2125 G Street, NW, Washington, D.C. 20052. June 1988 to May 1990.

- Taught an undergraduate psychology course in General Psychology.
- Taught Psychology of Adjustment.

? Performed individual psychotherapy, family therapy, and psychological evaluations with children who were physically or sexually abused.

? Co-led group psychotherapy for adult sexual offenders

CLINICAL PSYCHOLOGIST: District of Columbia Commission on Mental Health, Parent and Infant Program, 51 N Street, NE, Washington, DC 20002.  October 1994 to November 1994.

CLINICAL CHILD THERAPIST: Children's Services, Good Samaritan Mental Health. 325 E. Pioneer Ave., Puyallup, WA 98371.  August 1992 to July 1994.

- Performed outpatient psychotherapy with children, adolescents and families.
- Collaborated with foster care, and Child Protective Services case workers.
- Performed school based psychotherapy with special education students at local elementary school and high school.
- Collaborated with teachers and administrators.

CHILD AND FAMILY THERAPIST: Valley Cities Mental Health, 2704 "I" Street NE, Auburn, WA 98002. October 1991 to July 1992.

Performed individual play therapy, family therapy, and group therapy in school based day treatment program for elementary level severely behaviorally disturbed students.

Health Center , I worked with the most challenging and difficult clinical cases to present at the mental health center.  I also assisted trainees and junior staff in their diagnosis, case formulation, and treatment planning at weekly staff meetings.

- Supervised 1 Resident in Psychology and 3 Clinical Psychology Interns in American psychological Association Accredited Internship.
- Co-Taught Psychological Testing Seminar.
- Interviewed and participated in hiring selection of therapists and clinical psychology interns.
- Provided seminars for staff on various topics including assessment of dangerousness, detection of malingering and diagnosis and treatment of bi-polar disorder.
- Performed court ordered forensic evaluations at City of Alexandria's juvenile and adult detention centers and  provided testimony in Juvenile Court, General District Court and Superior Court.
- Member of City of Alexandria's Crisis Intervention Stress Debriefing Team.
- Led groups for severely mentally ill outpatients.
- Performed outpatient psychotherapy with adults who had a wide range of psychological problems.

PSYCHOLOGICAL ASSOCIATE: The Center for Children, P.O. Box 329, LaPlata, MD 20646.  November 1994 to August 1995

(619) 437-0440. November 1997 to present.

- Psychological evaluations and psychotherapy with children, adolescents, and adults.
- Forensic Evaluations

CO-CHAIR PLANNING AND DEVELOPMENT.   Disaster Mental Health Services, San Diego/ Imperial County Chapter of the American Red Cross.  3650 Fifth Ave., San Diego,  CA 92103.  January 1999 to January 2002.

- Volunteer position involved in the direction of planning and development of American Red Cross Disaster Mental  Health Services for San Diego and Imperial Counties.

PRIVATE PRACTICE:  1363 Beverley Rd. Suite 304, McLean, VA 22101, June 1996 to April 1997.

- Part-time private practice specializing in assessment and treatment of children, adolescents, and families

CLINICAL PSYCHOLOGIST:  City of Alexandria VA, Alexandria Mental Health Center, 720 N. St. Asaph St., Alexandria, VA 23314, August 1995 to April 1997.

As one of the more highly trained members of the Adult Outpatient Staff at Alexandria Mental

affiliated with Teen Help and Wide World Association of Specialty Programs and Schools (WWASPS).

Many of them tell me that they have nightmares about the program years after they left. Some appear to have symptoms of a Post Traumatic Stress Disorder. In addition, I reviewed a number of depositions and/or statements of teenagers who were formerly in a Teen Help /WWASPS program as part of my involvement in WWASPS v. Pure *et al*. Case No. 2:02CV 0010ST last year.

These statements and reports represent case studies of what occurred in these programs.

My experience in the evaluation of the psychological effects of abuse is based upon my clinical training and clinical experience. I have either evaluated or treated between 300 and 400 children who were victims of abuse or adults who were victims of abuse when they were children.

***3. Qualifications of the Witness, including a List of All Publications Authored by the Witness within the Preceding Ten Years***

PROFESSIONAL EXPERIENCE

AREAS OF COMPETENCE:  Child, adolescent, and adult psychotherapy. Diagnostic, forensic, and psychological evaluations. Training and supervision. Broadly experienced in working with patients who have a wide range of psychological problems.

PRIVATE PRACTICE: 1224 Tenth Street, Suite 208, Coronado, CA 92118.

I believe that the lack of open communication between teens enrolled at WWASPS facilities produces feelings of abandonment, putting unnecessary strain on the relationship between the teen and his family.

The ethics of the psychological profession demand that, if it becomes clear that a psychologist cannot help a patient, he must refer him to one who can. It is clear to me that WWASPS facilities keep teens long after it has become clear that they are not equipped to effectively treat them. This results in a significant loss of time for the parents to resolve their teens problems, and waste of parents' money.

I believe that in encouraging parents to essentially disown their children if they do not "work the program" constitutes destructive interference in the family dynamic. It exacerbates normal fears of abandonment.

I regard aftercare as a vital part of treatment. WWASPS appears to have no aftercare program to speak of.

In my opinion, Teen Help, WWASPS, and its member facilities appear to present themselves to parents as residential treatment centers, but they do not provide treatment. In short, I believe that WWASPS facilities are little more than private detention centers.

I have noted a serious feelings of guilt in parents who have sent their children to the WWASPS program.

## II.  *Data or other Information Considered by the Witness in Forming his Opinions*

My opinion is based on information available to me through my many contacts with teenagers, young adults, parents and family members who have been involved in programs

There appears to be no genuine attempt by the WWASPS program to evaluate the appropriateness of a child's placement in one of its lock-down facilities.

I believe that teens sent to WWASPS facilities do not receive thorough evaluations by licensed, qualified professionals before they are placed in a locked-down specialty school.

I believe that without a thorough evaluation by a licensed, qualified professional, it is impossible to properly diagnose a teen's problems, and therefore, impossible to properly treat them.

I believe that the lack of a thorough evaluation results in symptoms being missed or misinterpreted by the staff at WWASPS facilities.

I believe that the lack of a thorough evaluation results in numerous teens being subjected to a more restrictive environment than the treatment of their problem demands.

It is commonly understood in the profession of adolescent psychology that treatment of teens should take place in the least restrictive environment.

I believe that in some cases, serious psychological problems are left untreated because the teen was sent to a WWASPS facility rather than a licensed professional.

I believe that because many former WWASPS teens feel that they have been abused in the name of treatment, they will avoid seeking professional help as adults.

It is commonly understood that treatment of teen behavior problems should involve the shortest possible separation of the teen from his home environment.

I believe that the length of separation called for by the WWASPS program produces feelings of abandonment, putting unnecessary strain on the relationship between the teen and his family.

I believe that WWASPS facilities employ violent physical restraints against teens and that this results in lasting psychological harm.

I believe that the WWASPS program tends to leave former detainees with feelings of distrust and anger against authority figures.

I believe that the WWASPS program tends to engender negative feelings (resentment, distrust and/or fear) in teens toward their parents.

I believe that the WWASPS program tends to leave teens with lasting feelings of helplessness. The core of a traumatic experience is the experience of helplessness. It is my opinion that the isolation, humiliation, demoralization and detention of children in WWASPS/Teen Help facilities induces helplessness which is in itself traumatic. This helplessness could aggravate or induce Post Traumatic Stress Disorder in a child who may already have psychological problems.

I believe that the level of psychological supervision at WWASPS facilities is inadequate.

I believe that WWASPS employs a "one size fits all" treatment model on teens who have a wide array of problems.

I believe that at least one WWASPS facility, Casa by the Sea, misrepresented the credentials of staff members (listing people with master's degrees as "Dr.").

I believe that the staff at WWASPS facilities range from under-qualified to wholly unqualified to deal with teens who are psychologically vulnerable.

I believe that, because they are conducted by under- or unqualified staff members, group "feedback sessions" tend to deteriorate into intense group bullying sessions. As a result, they involve a significant risk of psychological harm.

from the program with scars; children having their arms pulled behind their backs until they scream; children having their ankles held flat against concrete while a staff member used his weight and his knees to grind the child's ankles into the concrete; children being threatened with a cattle prod; children being restrained to the point where a child had a broken thumb, broken elbow, or dislocated joint; children being forced to alternate every half hour between standing, lying face down or kneeling on an unfinished concrete floor for days; and children being isolated in unheated rooms in freezing climates with meager food.

I believe that the WWASPS program does significantly more harm than good

I believe that it teaches many children to be more angry and aggressive.

I believe that teens who have graduated the WWASPS program have been harmed as much as those who have not.

I believe that sales people working on behalf of the WWASPS program and staff at certain facilities are too casual about recommending that parents arrange for the forcible abduction of teens from their homes by "escorts." This is a practice that is traumatic, and involves a significant risk of lasting psychological harm to the teen. It also tends to instill feelings of fear and distrust toward the parent.

I believe that sales people working on behalf of the WWASPS program and staff at certain facilities are too casual about recommending that parents lure their children into WWASPS facilities with ruses (like, "We're going on a family vacation."). This is a practice that is traumatic, and involves a significant risk of lasting psychological harm to the teen. It also tends to instill feelings of distrust toward the parent.

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THOMAS G. HOULAHAN,**<br><br>Plaintiff,<br><br>v.<br><br>**WORLD WIDE ASSOCIATION OF SPECIALTY PROGRAMS AND SCHOOLS,** *et al.,*<br><br>Defendants. | Civil Action No.  **04-1161-HHK**<br><br>Report of Plaintiff's Expert Witness<br>Dr. Roderick S. Hall |

## REPORT

*I. Statement of All Opinions to be Expressed and the Basis and Reasons Therefor*

I believe that the techniques employed by WWASPS facilities are largely ineffective in terms of solving the problems of teens sent to them and are often harmful.  The harm can run from symptoms of Post Traumatic Stress Disorder like nightmares to actual Post Traumatic Stress Disorder.

There have been at least two suicides of children who were placed in WWASPS facilities, (One at Tranquility Bay in Jamaica and one at Spring Creek Lodge in Montana). I believe that the denial of treatment in an actual licensed treatment facility and the abusive practices they were subjected to were both contributing factors in their deaths.

I believe that children have been physically and psychologically abused at WWASPS facilities.  The accounts I have reviewed, include but are not limited to: children coming home