United States District Court
For the District of Columbia

Case No.: 04-1161-FJS
Date: 17 March 2014
Presiding Judge: Frederick J. Scullin

(X) Plaintiff                 ( )Defendant                 ( )Court

| Exhibit Number | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | | | James Wall's Recommendations to WWASPS as produced to me, undated. |
| P-2 | | | | | James Wall's Recommendations to WWASPS, as produced by WWASPS, undated. |
| P-3 | | | | | Ken Kay's response to Wall's Recommendations, as produced by WWASPS, undated. |
| P-4 | | | | | E-Mail from James Wall to Tobin Beck, 12 January 2004 regarding Thomas Houlahan's fairness. |
| P-5 | | | | | E-Mail from Wall to Kay, 24 October 2003 Regarding Wall's strategy of portraying himself as a "quasi third party." |
| P-6 | | | | | Document 06, E-mail from James Wall to Ken Kay regarding submission of letter to Tom Feyer of the *New York Times*, 17 September 2003. |
| P-7 | | | | | E-mail from James Wall to Melanie Abbott of the BBC regarding radio broadcast, 7 October 2004. |

| Exhibit Number | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-8 | | | | | E-mail from James Wall to Noel Capon regarding BBC radio broadcast, 25 October 2004. |
| P-9 | | | | | E-mail from James Wall to Ken Kay containing Wall's e-mail exchange with Andrew Smith of the BBC, 21 October 2003. |
| P-10 | | | | | Letter to Esther McWatters and Rafael Rowe, regarding *Locked in Paradise* documentary, undated. |
| P-11 | | | | | E-mail from James Wall to Ken Kay containing Wall's draft of the Press Release announcing lawsuit against Thomas Houlahan, 4 February 2004. |
| P-12 | | | | | E-mail from Ken Kay to James Wall containing WWASPS' revision to Wall's draft of Press Release announcing lawsuit against Thomas Houlahan, 5 February 2004. |
| P-13 | | | | | E-mail from James Wall to Ken Kay questioning changes in Wall's draft of the Press Release announcing lawsuit against Thomas Houlahan, 5 February 2004. |
| P-14 | | | | | PR Newswire Press Release announcing lawsuit against Thomas Houlahan |
| P-15 | | | | | Proposal for representation from Wall to Kay, 27 June 2003. |

| Exhibit Number | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-16 | | | | | E-Mail from Wall to Kay containing Wall's draft of the Press Release announcing of Freeman Wall's Representation of WWASPS and Gerry Freeman's revision thereof, 16 July 2003. |
| P-17 | | | | | E-Mail from Wall to Kay, 7 October 2003, recognizing the possibility that Tranquility Bay might have something to hide. |
| P-18 | | | | | E-Mails between Wall and Josh Hyatt discussing Spring Creek Lodge, 29 November 2004. |
| P-19 | | | | | E-Mail from Wall to Fred Silvester 10 November 2004, containing e-Mail from Silvester to Wall, 5 February 2004 discussing lawsuit against Thomas Houlahan. |
| P-20 | | | | | E-mail exchange between Ken Kay and Tony Monterastelli regarding the possibility of changes in the Program, 14 November 2003. |
| P-21 | | | | | E-mail exchange between Ken Kay and Wall regarding the possibility of changes in the Program, 14 November 2003. |
| P-22 | | | | | E-Mail exchange Between Kay and Wall, 17 November 2003 containing Kay's characterization of Thomas Houlahan as "probably not a bad person." |
| P-23 | | | | | E-mail from Wall to Kay, 15 December 2003 containing Wall's account of Thomas Houlahan interview of Jason Finlinson. |

| Exhibit Number | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-24 | | | | | E-mail from Wall to Kay regarding forwarding e-mail correspondence between James Wall and Thomas Houlahan to the Philadelphia attorney, 29 January 2004. |
| P-25 | | | | | E-Mail from James Wall to Al Lewis containing forwarding e-mail correspondence between James Wall and Thomas Houlahan, 10 November 2004. |
| P-26 | | | | | E-Mail exchange between Wall and Kay, discussing the possibility of hiring a private investigator to look through Plaintiff's background 27 January 2004. |
| P-27 | | | | | E-Mail from Wall to Kay regarding Erin Brockavich, 14 October 2004. |
| P-28 | | | | | Enrollment Agreement, Academy at Ivy Ridge, undated. |
| P-29 | | | | | "Isn't PR a synonym for BS?" *Denver Post*, 20 July, 2007. |
| P-30 | | | | | Assurance of Discontinuance, Ivy Ridge, 10 August 2005. |
| P-31 | | | | | Freeman Wall / Agency 33 Case Studies, undated. |
| P-32 | | | | | Fax from Wall to Tobin Beck regarding Thomas Houlahan's contact with a former Casa by the Sea enrollee, 23 February 2004. |

| Exhibit Number | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-33 | | | | | Ken Kay's E-Mail to Robert Lichfield, Re:Jan Bezuidenhout, 23 Sep. 2003. |
| P-34 | | | | | E-Mail From Kay to Lichfield, 9 September 2003, relaying Wall's opinion that Plaintiff was WWASPS' main worry and was "nuts." |
| P-35 | | | | | Excerpt From Ken Kay Deposition in Montana Case discussing his compensation as WWASPS' president. |
| P-36 | | | | | E-Mail From Lichfield to Kay, 12 January 2004 regarding Wall's attempts kill or delay the series. |
| P-37 | | | | | WWASPS Conference Call Notes 5 February 2003, Kay indicates that he is not certain suing Plaintiff was such a great idea. |
| P-38 | | | | | E-Mail From Kay to Lichfield, 6 February 2004. Kay tells Lichfield that Wall had told him that suing Plaintiff was the best thing he's ever had a client do. |
| P-39 | | | | | E-Mail From Wall to Kay, 23 February 2004, Kay tells Lichfield that Wall thinks plaintiff is "shot in the credibility department." |
| P-40 | | | | | E-mail from Kay to Lichfield, 22 December 2004. Discussing the fact that Casa by the Sea, which had been shut down by the Mexican government, had been registered not as a school, but as a hotel/resort. This had allowed the facility to avoid the more demanding requirements of operating as a school. |

| Exhibit Number | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-41 | | | | | Phone Scripts/Bonuses for Program Telemarketers. |
| P-42 | | | | | Excerpt from Lichfield Deposition, Karlye Newman Case, discussing his receipt of a third of each facility's gross income. |
| P-43 | | | | | Parent Satisfaction survey questions and results. |
| P-44 | | | | | E-Mail From Kay to Lichfield, 30 March 2004 discussing Wall's role in throwing the press off the story of a child who was beaten by his transporters while handcuffed. |
| P-45 | | | | | Interview Notes: Audrey Alexander (Dundee Ranch) |
| P-46 | | | | | Interview Notes: Celeste Marcus (Ivy Ridge) and Statement of Jessica Davis (Ivy Ridge) |
| P-47 | | | | | Interview Notes: Kevin Eagan (Ivy Ridge) and Mother, Diane Eagan |
| P-48 | | | | | Interview Notes: Elliot Sainer (AEG); Dr. Monica Applewhite (Praesidium, inc.); Mary Caesare-Murphy (JCAHO); Dr. Barry Beyerstein, Dr. Philip Zimbardo, Dr. Janja Lalich, Dr. Robert Pandina, Dr. David Marans, Dr. Michael Langone (Psychologists, Psychiatrists); Lon Woodbury (Ed. Consultant) Narvin Lichfield (Dundee Ranch Owner): Joseph Atkin (Dundee Ranch Director); Michelle Ziperovich, Ellen Anafrido, (Children at Tranquility Bay); Martha Martin (Son at Dundee Ranch); Alex Assefa, Cassandra Caravella, Dan Herrera, (Tranquility Bay); Tyler Wagenseler (Casa by the Sea) and Marie Rent (Morava Academy, Spring Creek Lodge) |

| Exhibit Number | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-49 | | | | | Interview Notes: Erin Behrends (Tranquility Bay) |
| P-50 | | | | | Interview Notes: Jennifer Fernandez (Dundee Ranch) |
| P-51 | | | | | Interview Notes: Emily Estep (Ivy Ridge, Tranquility Bay); Mary McDowell, her mother |
| P-52 | | | | | Statement: Aaron Kravig (Tranquility Bay) |
| P-53 | | | | | Statement: Alonzo Anderson (Dundee Ranch) |
| P-54 | | | | | Statement: Ashley Vaughn (Dundee Ranch) |
| P-55 | | | | | Statement: Chris Carbo (Dundee Ranch) |
| P-56 | | | | | Statement:Cody Rouvinen (Dundee Ranch) |
| P-57 | | | | | Statement:Dean Huffer (Dundee Ranch) |
| P-58 | | | | | Statement: Gina White (Dundee Ranch) |
| P-59 | | | | | Statement: Joel Snider (Dundee Ranch) |
| P-60 | | | | | Statement: Kristen Whitchurch (Dundee Ranch) |
| P-61 | | | | | Statement: Krystle Anderson (Dundee Ranch) |
| P-62 | | | | | Statement: Lindsay Garner (Dundee Ranch) |
| P-63 | | | | | Statement: Nathan Burnett (Dundee Ranch) |
| P-64 | | | | | Statement: Rochelle Andrus (Dundee Ranch) |
| P-65 | | | | | Statement: Lindsay Wise (Cross Creek, Tranquility Bay) |
| P-66 | | | | | Statement: Nathan Lovelady (Ivy Ridge) |
| P-67 | | | | | Statement: Robby Paige (Tranquility Bay) |
| P-68 | | | | | Jessica Davis (Ivy Ridge) Affidavit |

| Exhibit Number | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-69 | | | | | *New York Times* Casa by the Sea article |
| P-70 | | | | | *New York Times* Spring Creek Lodge article |
| P-71 | | | | | Articles examining the Program's involvement in politics |
| P-72 | | | | | Articles on the riot at Ivy Ridge |
| P-73 | | | | | BBC Locked in Paradise transcript |
| P-74 | | | | | Articles on Tranquility Bay |
| P-75 | | | | | Articles on problems with transporters |
| P-76 | | | | | Articles on Utah aspects of theProgram |
| P-77 | | | | | *The Observer* article by Decca Aitkenhead on Tranquility Bay |
| P-78 | | | | | Articles on Bell Academy |
| P-79 | | | | | Articles on the closure of casa by the Sea |
| P-80 | | | | | Articles on Carolina Springs Academy |
| P-81 | | | | | Lou Kilzer's "Last Resort" series |
| P-82 | | | | | Articles on Dundee Ranch |
| P-83 | | | | | *New York Times* Dundee Ranch Articles |
| P-84 | | | | | Fox News article on the Program |
| P-85 | | | | | *Watertown Times* profile of Ivy Ridge Academy |
| P-86 | | | | | Articles about Tranquility Bay runaways |
| P-87 | | | | | Articles about the suicide at Tranquility Bay |
| P-88 | | | | | *Los Angeles. Times* articles on the Program |
| P-89 | | | | | Articles on Sunrise Beach, Casa by the Sea and High Impact |
| P-90 | | | | | Missoula Independent profile of Spring Creek Lodge |

| Exhibit Number | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-91 | | | | | Article on Provo Canyon School |
| P-92 | | | | | Prague Post Article on Morava Academy |
| P-93 | | | | | Article on Paradise Cove |
| P-94 | | | | | U.S. Embassy Cable regarding Tranquility Bay |
| P-95 | | | | | State Department cable regarding Paradise Cove |
| P-96 | | | | | State Department cable regarding Paradise Cove |
| P-97 | | | | | South Carolina Department of Social Services investigation of Carolina Springs Academy |
| P-98 | | | | | Dr. Kahler letter about Jessica Davis' physical condition after leaving Ivy Ridge |
| P-99 | | | | | Manipulation letter to parents from Paradise Cove |
| P-100 | | | | | Offer of tuition credit/cash to parents referring other families to the Program |
| P-101 | | | | | Freeman Wall Aiello/Agency 33 WWASPS case study |
| P-102 | | | | | Article on Wall taking the WWASPS account |
| P-103 | | | | | Article on Wall's potential involvement with Todd Bertuzzi |
| P-104 | | | | | Article on Wall's involvement with Todd Bertuzzi |
| P-105 | | | | | Article on Wall becoming CEO |
| P-106 | | | | | Article on dissolution of Wall Aiello partnership |
| P-107 | | | | | E-mail exchange between Plaintiff and Monterastelli RE: rape and brain trauma at Dundee Ranch |
| P-108 | | | | | E-mail exchange with Wall Re: abuse, inappropriate placement, flow of money in the Program and rape and brain trauma at Dundee Ranch |
| P-109 | | | | | Milwaukee Journal-Sentinal Article on Dundee Ranch |
| P-110 | | | | | Time article on gay teens in lockdown facilities quoting Wall |

| Exhibit Number | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-111 | | | | | Internet article on teen sent from Michigan to Spring Creek Lodge |
| P-112 | | | | | More Ivy Ridge articles |
| P-113 | | | | | Cryptohominology Special No. 1 featuring Dr. Mathew Johnson, a pro-Program authority directed to me by WWASPS. |
| P-114 | | | | | Dr. Johnson's description of his encounter with a Sasquatch. |
| P-115 | | | | | Statement: Charlotte Greenbarg (Son in Tranquility Bay) |
| P-116 | | | | | Statement: Christine Smith (Son in Spring Creek Lodge and Tranquility Bay) |
| P-117 | | | | | Statement: Judy Luck (Son in Tranquility Bay) |
| P-118 | | | | | Statement: Lynn Tisevich (Son in Casa by the Sea) |
| P-119 | | | | | Houlahan Draft Articles |
| P-120 | | | | | Two-page justification of series and Plaintiff's method given to Beck |
| P-121 | | | | | Ethics ant Methodology Memo sent by Plaintiff to Tobin Beck |
| P-122 | | | | | Rep. Ike Skelton's Reading List |
| P-123 | | | | | Plaintiff's story on D.O.J. declining to investigate the Program |
| P-124 | | | | | E-Mail from Plaintiff to Beck contrasting his work and that of a salaried UPI investigative reporter accompanied by a set of articles |
| P-125 | | | | | E-Mail exchange between Wall and Beck, 9–29 January 2004 |
| P-126 | | | | | Early, cordial e-mails between Plaintiff and Wall |
| P-127 | | | | | E-Mail from Monterastelli to a parent re: her daughter's health problems from Dundee Ranch |
| P-128 | | | | | 10 Sep e-mail from Wall to Plaintiff admitting problems in the Program |
| P-129 | | | | | 18 Oct. e-mail from Wall to Kay requesting higher fee. |
| P-130 | | | | | 21 Oct. e-mail from Wall to Kay requesting higher fee. |
| P-131 | | | | | 12 January 2004 e-mail from Dwan Serrano to Robert Lichfield, Re: 10 Action Items |

| | | | | | |
|---|---|---|---|---|---|
| P-132 | | | | | Directors meeting 14 Jan 2004 |
| P-133 | | | | | 23 August 2004 e-mail from Dwan Serrano with attachment |
| P-134 | | | | | 20 July 2004 e-mail from Kay to Lichfield regarding goals. |
| P-135 | | | | | 20 April 2004 e-mail from Dwan Serrano to Lichfield discussing 90-Day notice plan |
| P-136 | | | | | 30 August 2004 e-mail from Jean Foye to Robert Lichfield, Re; concerned telemarketer |
| P-137 | | | | | E-Mail from Lisa Irvin to Ken Kay, 19 November 2004 addressing relationship with Lynne Pretzfeld. |
| P-138 | | | | | E-Mail from Jean Foye to Robert Lichfield, 30 March 2004 addressing relationship with Lynne Pretzfeld. |
| P-139 | | | | | E-Mail from Kathi Crozier to BBS Help, 25 May 2003 regarding Lynne Pretzfeld's involvement in transporting children from Dundee Ranch to Tranquility Bay, forwarded to Ken Kay on the same day. |
| P-140 | | | | | Audio of Lou Kilzer interview with Ken Kay, Part I |
| P-141 | | | | | Audio of Lou Kilzer interview with Ken Kay, Part II |
| P-142 | | | | | Audio of Plaintiff's interview with Joe Atkin |
| P-143 | | | | | Audio of Plaintiff's interview with Jason Finlinson |
| P-144 | | | | | Audio of Plaintiff's interview with Ken Kay, Part I |
| P-145 | | | | | Audio of Plaintiff's interview with Ken Kay, Part II |
| P-146 | | | | | Commercial for the Program |
| P-147 | | | | | *48 Hours* report on the Program |
| P-148 | | | | | *Dateline* report on the Program |
| P-149 | | | | | *Inside Edition* report on the Program |
| P-150 | | | | | *Prime Time* report on the Program |
| P-151 | | | | | KENS report on Cross Creek |

| Exhibit Number | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-152 | | | | | BBC *Locked in Paradise* documentary about Tranquility Bay |
| P-153 | | | | | French documentary about Tranquility Bay |
| P-154 | | | | | Mexican surveillance footage of High Impact |
| P-155 | | | | | Todd Bertuzzi attack on Steve Moore |
| P-156 | | | | | Sky News report on the Program |
| P-157 | | | | | Kay Interrogatories |
| P-158 | | | | | Wall Interrogatories |
| P-159 | | | | | 17–18 November 2003 e-mail exchange between Plaintiff and Monterastelli Re: Jessica Davis |
| P-160 | | | | | 1 December 2003 e-mail exchange between Plaintiff and Wall Re: Jessica Davis |
| P-161 | | | | | 13 January 2004 e-mail exchange between Wall and Kay on interviews and Wall contact with Beck |
| P-162 | | | | | 27 January 2004 Update from Kay to Robert Lichfield and Brent Facer. |
| P-163 | | | | | 3 February 2004 Update from Kay to Robert Lichfield and Brent Facer. |
| P-164 | | | | | 18 February 2004 e-mail exchange between Kay and Wall Re: Child from Alaska withdrawn from Casa by the Sea |
| P-165 | | | | | 27 January 2004 e-mail from Kay to Robert Lichfield Re: Letter to Houlahan |
| P-166 | | | | | 18 December 2003 e-mail from Wall to Plaintiff acknowledging injury to Mrs. Boatright's son |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Proposed Exhibit List was Served this 17th day of March 2014 via ECF to:

Jack Lapidus, esq.
MACLEAY, LYNCH & LAPIDUS, P.C.
1629 K Street, N.W.
Suite 802
Washington, D.C. 20006

                        /s/ Thomas G. Houlahan
                        _____
                        Thomas G. Houlahan,
                        Plaintiff, *Pro Se*
                        (202) 492-9973